## PRICE v. STATE.
### No. 19681.

Court of Criminal Appeals of Texas.
April 13, 1938.

G. L. Perkinson, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

This case is a conviction for murder, the punishment being fixed at five years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. In this condition there is nothing calling for a review at our hands. The judgment is, therefore, in all things affirmed.